UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NANCY KRRYWDA, | : |
| Plaintiff | : |
| v. | : Civil Action No. 10-2559(FSH) |
| PRESSLER & PRESSLER, | : ORDER ON INFORMAL APPLICATION |
| Defendant | : |

This matter having cone before the Court by way of letters dated July 7, 2011, July 8, 2011, and July 9, 2011 reflecting that, contrary to the defendant's representation that responsive discovery was going to be provided on July 1, 2011, ECF No. 43, no discovery was provided by that date and as of the date of this Order, it has not been provided;

and the Court having relied on the representation in awarding limited sanctions for noncompliance;

and for the reasons set forth in the Opinion delivered on the record on July 13, 2011;

IT IS THEREFORE ON THIS 13th day of July, 2011

ORDERED that the defendant shall pay the plaintiff the reasonable attorney's fees associated with her efforts to secure responsive discovery from June 8, 2011 through July 9, 2011;

IT IS FURTHER ORDERED that, no later than **July 25, 2011**, the plaintiff shall submit a certification setting forth the fees incurred for this activity and the reasonable fees shall be paid

no late than **July 29, 2011**;

    IT IS FURTHER ORDERED that the plaintiff shall complete all fact discovery depositions she seeks no later than **August 5, 2011.** This does not operate to extend the July 8, 2011 deadline for the defendant to have completed fact discovery**;** and

    IT IS FURTHER ORDERED that all other deadlines shall remain unchanged.


                                        s/Patty Shwartz  
                                        **UNITED STATES MAGISTRATE JUDGE**