UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NANCY KRRYWDA,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 10-2559(FSH) |
| : | |
| **PRESSLER & PRESSLER,** : | ORDER ON INFORMAL APPLICATION |
| : | |
| Defendant : | |
| : | |

This matter having come before the Court by way of letter dated July 28, 2011, regarding the defendant's request for time to submit a response to the plaintiff's certification seeking a fee award and to provide information about the actions of the parties concerning a stipulation that had been negotiated during the period in which the plaintiff sought a fee award;

and the Court setting a deadline for such a submission;

IT IS ON THIS 28th day of July, 2011

ORDERED that, no later than **August 8, 2011**, the defendant shall submit a letter and certification in response to the plaintiff's certification seeking a fee award.  No extensions of this deadline will be granted.  A failure to timely file this submission will be deemed to constitute a withdrawal of the request to challenge the fees requested; and

IT IS FURTHER ORDERED that the plaintiff shall submit a reply no later than **August 11, 2011**.  No extension of this deadline will be granted.  A failure to timely file this submission will be deemed to constitute a concession that the challenges to the fees requested are appropriate and should be sustained.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**